bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STANLEY K. AIKENS, et al.,

          Plaintiffs,

                    CIVIL ACTION

v.

                    No.  01-2427-CM

DELUXE FINANCIAL SERVICES, INC.,

          Defendant.

## MINUTE ORDER

UPON DIRECTION BY THE COURT:

      Defendant has advised the Court that its Motion to Compel filed April 16, 2003 (doc. 163) is moot. The motion is therefore:

| ☐ **DENIED** | ☐ **GRANTED** | ☐ **MOTION REFERRED TO** |
|---|---|---|
| ☐ **MOTION UNDER ADVISEMENT** | ☒ **DENIED AS MOOT** | |

**IT IS SO ORDERED this 5th day of May 2003.**

                                            **RALPH L. DELOACH, CLERK**

                                            **s/Lori B. Lopez**
                                            **DEPUTY CLERK**