bh

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STANLEY K. AIKENS, et al.,

                                 Plaintiffs,

                                                        CIVIL ACTION

v.

                                                        No.   01-2427-CM

DELUXE FINANCIAL SERVICES, INC.,

                                 Defendant.

_____

PATRICK DOUGLAS,

                                 Plaintiff,

                                                        CIVIL ACTION

v.

                                                        No. 02-2086-CM

DELUXE FINANCIAL SERVICES, INC.,

                                 Defendant.

## MINUTE ORDER

UPON DIRECTION BY THE COURT:

        The Motions to Compel filed by Defendant on January 3, 2003 (doc. 77) and on March 17, 2003 (doc. 146) are hereby:

| ☐ | **DENIED** | ☐ | **GRANTED** | ☐ | **MOTION REFERRED TO** |
|---|---|---|---|---|---|

| ☐ | **MOTION UNDER ADVISEMENT** | **X** | **DENIED AS MOOT** |
|---|---|---|---|

        **IT IS SO ORDERED this 28th day of May  2003.**

                                        **RALPH L. DELOACH, CLERK**

                                        **s/ Lori Lopez**

**Lori Lopez**
**DEPUTY CLERK**