DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**STANLEY K. AIKENS, et al.,**

                **Plaintiffs,**

                                       **CIVIL ACTION**

**v.**

                                       **No.   01-2427-CM**

**DELUXE FINANCIAL SERVICES, INC.,**

                **Defendant.**

## ORDER

Plaintiffs' Motion to Withdraw its Motion to Compel (doc. 250) is granted, and Plaintiff's Motion to Compel (doc. 243) is hereby withdrawn.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 9th day of October 2003.

                                                     s/ David J. Waxse
                                                     David J. Waxse
                                                     U.S. Magistrate Judge

cc:    All counsel and *pro se* parties